B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Rhonda Ellston**  
Debtor(s)

Case No. **14-55861-mar**  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| **Creditor's Name:** <br> **Credit Union One** | **Describe Property Securing Debt:** <br> **Residential Property** <br> **9075 Artesian** <br> **Detroit, MI 48228** |
|---|---|

Property will be (check one):  
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt ☐ Not claimed as exempt

Property No. 2

| **Creditor's Name:** <br> **Toyota Financial Services** | **Describe Property Securing Debt:** <br> **2011 Toyota Camry** |
|---|---|

Property will be (check one):  
☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **October 9, 2014**       Signature  **/s/ Rhonda Ellston**
                                           **Rhonda Ellston**
                                           Debtor